# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MURPHY COSTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MAJIAD RAHIMIFAR and AHMED MUSHTAQ,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00765-JDP<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STRIKE<br><br>ECF No. 54 |

Defendant Rhamifar moves to strike plaintiff's second amended complaint, ECF No. 52, which was filed without leave of the court or consent of the parties, in violation of Rule 15(a) of the Federal Rules of Civil Procedure. For good cause shown, defendant Rahimifar's motion is granted. ECF No. 54. The clerk is directed to strike the July 25, 2019, second amended complaint. ECF No. 52.

IT IS SO ORDERED.

Dated: August 12, 2019 　　　　　　　　　　　/s/ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 204